# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3028

_____

United States of America,     *
            *
    Appellee,      *
            *  Appeal from the United States
   v.          *  District Court for the
            *  Northern District of Iowa.
Michael Hubbard,      *
            *    [UNPUBLISHED]
    Appellant.     *

_____

Submitted: March 5, 2004
Filed: April 6, 2004

_____

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Michael Hubbard appeals the sentence the district court[1] imposed upon revoking his supervised release. After carefully reviewing the record, we conclude the district court considered the relevant sentencing factors, see 18 U.S.C. § 3583(e)(3) (2000) (referencing 18 U.S.C. § 3553(a) factors to consider in revoking supervised release), and did not abuse its discretion by imposing a sentence above the suggested Guidelines range, see United States v. Shepard, 329 F.3d 619, 621 (8th Cir.

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

2003); <u>United States v. Shaw</u>, 180 F.3d 920, 923 (8th Cir. 1999) (per curiam). Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____